1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VARELAS, | ) Case No.: 13-1577-PSG |
| Plaintiff, | ) |
| v. | ) **ORDER RE: MEDIATION** |
| TARGET CORPORATION, et al, | ) |
| Defendants. | ) |

The court has been notified that the parties in this case seek to attend court-sponsored mediation. The court therefore refers the parties to the court-sponsored ADR program. They shall complete their mediation conference within ninety days.

Dated: July 12, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-1577
ORDER