**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VARELAS, ) | Case No.: 13-1577-PSG |
| Plaintiff, ) | |
| v. ) | **ORDER RE: MEDIATION** |
| TARGET CORPORATION, et al, ) | |
| Defendants. ) | |

The court has been notified that the parties in this case seek to attend court-sponsored mediation. The court therefore refers the parties to the court-sponsored ADR program. They shall complete their mediation conference within ninety days.

Dated: July 12, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-1577
ORDER